PROB 12C
(6/16)

Report Date: June 2, 2021

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2021

SEAN F. McAVOY, CLERK

Name of Offender: Joseph Todd Morgan            Case Number: 0980 2:21CR00061-RMP-1

Address of Offender:                                                      Washington 99019

Name of Sentencing Judicial Officer: The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 8, 2020

| | | | |
|---|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 27 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: | May 18, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | May 17, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On or about June 1, 2021, Mr. Morgan is alleged to have violated mandatory condition number 1 by committing the crimes of felony partner family member assault via strangulation, felony tampering with a witness, and misdemeanor unlawful restraint, per Mineral County sheriff's report 21-323.<br><br>On May 24, 2021, Mr. Morgan signed his judgment indicating he understood all conditions order by the Court. Specifically, Mr. Morgan was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.<br><br>It is alleged that on or about June 1, 2021, Mr. Morgan violated mandatory condition number 1 of his judgment by committing the crimes of felony partner family member assault via strangulation, felony tampering with a witness, and misdemeanor unlawful restraint. The undersigned officer received a call from a deputy with the Mineral County Sheriff's Department who has been investigating the circumstances surrounding this incident and will be pursuing the aforementioned charges based on his investigation of the complainant in Mineral County sheriff report 21-323. |

Prob12C
**Re: Morgan, Joseph Todd**
**June 2, 2021**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: On or about May 31, 2021, Mr. Morgan is alleged to have violated standard condition number 3 by leaving the Eastern District of Washington without permission from the Court or his supervising officer.

On May 24, 2021, Mr. Morgan signed his judgment indicating he understood all conditions order by the Court. Specifically, Mr. Morgan was made aware by his U.S. probation officer that he must not leave the federal judicial district without permission from the Court or his supervising officer.

On June 1, 2021, the undersigned officer received communication from a Mineral County sheriff deputy that Mr. Morgan was the alleged assailant of crimes which took place in St. Regis, Montana. Mr. Morgan failed to notify his probation officer that he had planned to travel to the District of Montana, as directed.

| | | |
|---|---|---|
| 3 | | **Special Condition #17**: The defendant shall refrain from the use of alcohol and shall not be present in any location where alcohol is the primary item of sale. The defendant shall participate in a program of mental health treatment, as directed by the probation officer. The cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Mr. Morgan is alleged to have violated special condition number 17 by consuming alcoholic beverages.

On May 24, 2021, Mr. Morgan signed his judgment indicating he understood all conditions order by the Court. Specifically, Mr. Morgan was made aware by his U.S. probation officer that he must abstain from the use of alcohol.

On June 1, 2021, the undersigned officer engaged in communication with Mr. Morgan's ex-girlfriend who stated Mr. Morgan was consuming alcohol immediately upon his term of supervised release. Additionally, it is alleged Mr. Morgan's drinking was a contributing factor for his recent criminal activity.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 2, 2021

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Morgan, Joseph Todd
June 2, 2021
Page 3

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/2/2021

Date