PROB 12C
(6/16)

Report Date:  June 14, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Todd Morgan                Case Number: 0980 2:21CR00061-RMP-1

Address of Offender: ██████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: July 8, 2020

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2021) | Prison - 8 months<br>TSR - 26 months | |
| Asst. U.S. Attorney: | U. S. Attorney's Office | Date Supervision Commenced: May 2, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 1, 2025 |

## PETITIONING THE COURT

To issue a summons.

On June 13, 2023, the undersigned officer reviewed the conditions of supervision with Mr. Morgan. He signed his judgment acknowledging that he understood the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Mr. Morgan allegedly violated his conditions of supervised release by using marijuana on or about May 18, 2023.<br><br>On May 18, 2023, Mr. Morgan was contacted by his District of Montana U.S. probation officer who was responding to a call for service with Butte-Silver Bow Law Enforcement Department.  Mr. Morgan admitted using marijuana when questioned about his sobriety. In addition, Mr. Morgan called the undersigned officer disclosing that he had been using marijuana.<br><br>On June 13, 2023, Mr. Morgan signed an admission form disclosing he had used marijuana daily between May 6 and June 1, 2023. |

Prob12C
**Re: Morgan, Joseph Todd**
**June 14, 2023**
**Page 2**

2   **Special Condition #7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Morgan allegedly violated his conditions of supervised release by consuming alcohol on or about May 18, 2023.

On May 18, 2023, Mr. Morgan was contacted by his District of Montana U.S. probation officer who was responding to a call for service with Butte-Silver Bow Law Enforcement Department.  Mr. Morgan admitted consuming alcohol when questioned about his sobriety. Mr. Morgan provided a blood alcohol content (BAC) of .255 confirming his use of alcohol. In addition, Mr. Morgan called the undersigned officer disclosing that he had been drinking alcoholic beverages.

On June 13, 2023, Mr. Morgan signed an admission form disclosing he had used alcohol daily between May 6 and June 1, 2023.

3   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Morgan allegedly violated his conditions of supervised release by using methamphetamine on or about June 6, 2023.

On June 7, 2023, Mr. Morgan checked into the residential reentry center in the Eastern District of Washington. He provided an initial random urine sample which returned positive for methamphetamine. On June 13, 203, the laboratory confirmed the presence of methamphetamine in the urine sample he had provided. The undersigned officer contacted Mr. Morgan and he admitted using methamphetamine on June 6, 2023.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/14/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
**Re: Morgan, Joseph Todd**
**June 14, 2023**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ x ]    The Issuance of a Summons
[  ]    Other


_____
Signature of Judicial Officer

6/14/2023
_____
Date