PROB 12C
(6/16)

Report Date: July 10, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 10, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joseph Todd Morgan    Case Number: 0980 2:21CR00061-RMP-1

Address of Offender: ███████████████    Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 8, 2020

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2021) | Prison - 8 months<br>TSR - 26 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: May 2, 2023 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: July 1, 2025 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/14/2023.

On June 13, 2023, the undersigned officer reviewed the conditions of supervision with Mr. Morgan. He signed his judgment acknowledging that he understood the conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #7:** You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance<br><br>**Supporting Evidence**: Mr. Morgan allegedly violated his conditions of supervised release by consuming alcoholic beverages on or about July 8, 2023.<br><br>On July 8, 2023, staff with the residential reentry center collected a breath sample from Mr. Morgan. The sample tested positive for the consumption of alcohol. When addressing this with Mr. Morgan, he admitted to consuming alcoholic beverages earlier in the day. |

Prob12C
Re: Morgan, Joseph Todd
July 10, 2023
Page 2

| | |
|---|---|
| 5 | **Special Condition #3:** You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Morgan allegedly violated his conditions of supervised release by leaving the residential reentry center without returning on July 9, 2023.

On July 9, 2023, staff from the residential reentry center informed the undersigned officer that Mr. Morgan had left the facility and failed to return as scheduled. On July 10, 2023, the undersigned confirmed with staff that Mr. Morgan had not returned and has been terminated from public law placement for breaching protocol related to absconding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 10, 2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

7/10/2023
Date