PROB 12C
(6/16)

Report Date: August 9, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joseph Todd Morgan | Case Number: 0980 2:21CR00061-RMP-1 |
| Address of Offender: ███████████████ Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer:  The Honorable B. Lynn Winmill, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: July 8, 2020

| | | |
|---|---|---|
| Original Offense: | Unlawful Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 27 months<br>TSR - 36 months | Type of Supervision: Probation |
| Revocation Sentence:<br>(July 8, 2021) | Prison - 8 months<br>TSR - 26 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced:  May 2, 2023 |
| Defense Attorney: | Molly Winston | Date Supervision Expires:  July 1, 2025 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/14/2023 and 7/10/2023.

On June 13, 2023, the undersigned officer reviewed the conditions of supervision with Mr. Morgan. He signed his judgment acknowledging that he understood the conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Morgan allegedly violated the above-stated condition on July 11, 2023. On that date, Mr. Morgan was arrested by Shoshone County Sheriff Office (SCSO) for: felony eluding law enforcement officers, aggravated assault, possession with intent to deliver - fentanyl, possession of controlled substance schedule II - meth, and resist obstruct, pursuant to SCSO incident report 1-2023-00588.<br><br>According to SCSO report 1-2023-00588, officers observed a vehicle driving with expired license plate tags and initiated a traffic stop. As the officer approached the vehicle to make contact, the vehicle accelerated forward at a high rate of speed in an attempt to flee from the officer on the scene. The vehicle reached speeds up to 80 miles per hour while weaving through the streets of Kellogg, Idaho. During the pursuit, the vehicle struck a responding officer's patrol vehicle before becoming disabled. The occupants were successfully detained |

Prob12C
**Re: Morgan, Joseph Todd**
**August 9, 2023**
Page 2

and it was learned the driver of the vehicle in pursuit was Joseph Morgan.

Through SCSO investigation, Mr. Morgan and his associate were in possession of fentanyl, methamphetamine and drug paraphernalia. Mr. Morgan admitted to using methamphetamine that day with the paraphernalia located in the vehicle. Furthermore, he shared that his attempt to flee from the officers was to avoid apprehension from a preexisting warrant. Mr. Morgan was charged with the aforementioned crimes based on his knowledge and involvement during the pursuit.

At the time of this petition, Mr. Morgan is in custody at the Shoshone County Jail and the charges remain pending.

7     **Mandatory Condition #2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Mr. Morgan allegedly violated the above-stated condition on July 11, 2023. On that date, Mr. Morgan was arrested by SCSO for: felony possession of controlled substance - meth and possession with intent to deliver - fentanyl, pursuant to SCSO incident report 1-2023-00588.

According to SCSO report 1-2023-00588, Mr. Morgan was apprehended following a vehicle pursuit. Through the SCSO investigation, Mr. Morgan and his associate were in possession of fentanyl, methamphetamine and drug paraphernalia. Furthermore, Mr. Morgan admitted to using methamphetamine that day with the paraphernalia located in the vehicle.

8     **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Morgan allegedly violated the above-stated condition on July 11, 2023. On that date Mr. Morgan was arrested by SCSO officers in Kellogg, Idaho. Mr. Morgan did not have permission to leave the Eastern District of Washington by the Court or probation officer.

9     **Special Condition #8**: You must not communicate, or otherwise interact, with N.M., either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment.

**Supporting Evidence**: On July 28, 2023, the undersigned officer communicated with the SCSO detention deputy to inquire about Mr. Morgan's status. The deputy shared general information such as upcoming court hearings and whom Mr. Morgan had been having regular communication with via the telephone and messaging systems provided by the jail. The undersigned officer quickly recognized the name provided as a past victim of Mr. Morgan's.

On July 31, 2023, the detention deputy provided a 44-page document that encompassed hundreds of messages between Mr. Morgan and the victim since his arrest on July 11, 2023. The deputy further advised the undersigned officer, this was simply the messaging and there are several hours of communication logged between them within the telephone system. Mr. Morgan did not have permission to communicate or interact with N.M by the probation

Prob12C
Re: Morgan, Joseph Todd
August 9, 2023
Page 3

officer.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/09/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

8/9/2023

Date